IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TOTTEN, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>MAGNUM PACIFIC, INC., et al.,<br><br>　　　　Defendants | No. C 04-1722 MMC<br><br>**ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFF'S APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION** |

　　　Pursuant to Civil Local Rule 72-1, it is HEREBY ORDERED that plaintiff's Application and Order for Appearance and Examination is referred to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

　　　Counsel will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge's chambers.

　　　**IT IS SO ORDERED**.

Dated: August 30, 2005

　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　United States District Judge