**AT-138, EJ-125**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Bruce K. Leigh, SBN 129753<br>Stanton, Kay & Watson, LLP<br>101 New Montgomery, 5th floor<br>San Francisco, CA 94102<br>TELEPHONE NO.: 415/512-3501   FAX NO.: 415/512-3515<br>ATTORNEY FOR *(Name):* Laborers Trust Funds | **FILED**<br><br>SEP 0 9 2005<br><br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

NAME OF COURT: United States District Court
STREET ADDRESS: Northern District of California
MAILING ADDRESS: 450 Golden Gate Avenue
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: San Francisco

PLAINTIFF: Larry Totten & Jose Moreno for Board of Trustees for the Laborers Health And Welfare Trust e
DEFENDANT: Magnum Pacific, Inc., and Mark Serrano

| APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION | CASE NUMBER: |
|---|---|
| [X] ENFORCEMENT OF JUDGMENT   [ ] ATTACHMENT (Third Person)<br>[X] Judgment Debtor   [ ] Third Person | 3:04cv1722 MMC |

## ORDER TO APPEAR FOR EXAMINATION

1. TO *(name):* Magnum Pacific, Inc., and its President: Mark Serrano
2. YOU ARE ORDERED TO APPEAR personally before this court, or before a referee appointed by the court, to
   a. [X] furnish information to aid in enforcement of a money judgment against you.
   b. [ ] answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
   c. [ ] answer concerning property of the defendant in your possession or control or concerning a debt you owe the defendant that is subject to attachment.

Date: November 2, 2005   Time: 9:30 a.m.   Dept. or Div.: Ctrm   Rm.: F - 15th Flr
Address of court [X] shown above   [ ] is:

3. This order may be served by a sheriff, marshal, registered process server, or the following specially appointed person *(name):*

Date: 9-7-05

*(signature)*
JUDGE OR REFEREE

**This order must be served not less than 10 days before the date set for the examination.**
**IMPORTANT NOTICES ON REVERSE**

### APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION

4. [X] Judgment creditor   [ ] Assignee of record   [ ] Plaintiff who has a right to attach order
   applies for an order requiring *(name):* Magnum Pacific Inc - Mark Serrano to appear and furnish information to aid in enforcement of the money judgment or to answer concerning property or debt.
5. The person to be examined is
   [X] the judgment debtor
   [ ] a third person (1) who has possession or control of property belonging to the judgment debtor or the defendant or (2) who owes the judgment debtor or the defendant more than $250. An affidavit supporting this application under Code of Civil Procedure section 491.110 or 708.120 is attached.
6. The person to be examined resides or has a place of business in this county or within 150 miles of the place of examination.
7. [ ] This court is **not** the court in which the money judgment is entered or *(attachment only)* the court that issued the writ of attachment. An affidavit supporting an application under Code of Civil Procedure section 491.150 or 708.160 is attached.
8. [ ] The judgment debtor has been examined within the past 120 days. An affidavit showing good cause for another examination is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: August 25, 2005

Bruce K. Leigh
(TYPE OR PRINT NAME)                                    ▶   *(signature)*
                   (Continued on reverse)              (SIGNATURE OF DECLARANT)

Form Adopted for Mandatory Use
Judicial Council of California
AT-138, EJ-125 [Rev. July 1, 2000]

APPLICATION AND ORDER
FOR APPEARANCE AND EXAMINATION
(Attachment — Enforcement of Judgment)

Legal Solutions Plus

Code of Civil Procedure
§§ 491.110, 708.110, 708.120